UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASEE DIVISION

**CURTIS ANTONIO WAY,**

     **Plaintiff,**

**v.**                          **Case No.  4:26-cv-117-TKW-MJF**

**S. BURCH** and **ERIK D. HOWARD,**

     **Defendants.**

                                    /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff's claims are barred by the statute of limitations. Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1]  Plaintiff requested and was granted a 15-day extension of time to file objections. *See* Doc. 10.  He requested a second extension, but that request was denied. *See* Doc. 12.  The motion requesting the second extension of time (Doc. 11) included argument about the perceived merits of Plaintiff's claims, which the Court has considered in its review of the Report and Recommendation.

2.　　This case is **DISMISSED with prejudice** under 28 U.S.C. §§1915(e)(2)(B)(ii) and1915A(b)(1) because Plaintiff's claims are barred by the statute of limitations.

3.　　The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 27th day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**